**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Carley Coburn, | : |
| Plaintiff, | : Civil Action No.: 3:18-cv-01371-HES-PDB |
| v. | : |
| Atlantic Recovery Solutions, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 21, 2018

                                              Respectfully submitted,

                                              PLAINTIFF, Carley Coburn

                                              By: /s/ Tamra Givens
                                                   Tamra Givens, Esq.
                                                   Florida Bar No. 657638
                                                   LEMBERG LAW, L.L.C.
                                                   43 Danbury Road, 3rd Floor
                                                   Wilton, CT 06897
                                                   Telephone: (203) 653-2250
                                                   Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Central District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Tamra Givens_____

                                          Tamra Givens