**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Carley Coburn, | : |
| | : |
| Plaintiff, | : Civil Action No.:  3:18-cv-01371-HES-PDB |
| v. | : |
| | : |
| Atlantic Recovery Solutions, LLC, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Carley Coburn ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 12, 2019

Respectfully submitted,

*/s/ Tamra Givens*

Tamra Givens, Esq.
Florida Bar No. 657638
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
tgivens@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Tamra Givens

Tamra Givens